THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NEDOLANDEZ LEONEL SANTOS, #140 896 | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | 2:09-CV-1087-ID [WO] |
| Lt. D. FLOWERS, *et al.,* | ) ) | |
| Defendants. | ) | |

# **ORDER**

On December 17, 2009, the Magistrate Judge filed a Recommendation (Doc. 6) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 6) of the Magistrate Judge is ADOPTED; and

2. This case be DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

Done this 19th day of January, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE